GARY R. BRENNER
Attorney at Law
BAR#79446
630 N. SAN MATEO DRIVE
SAN MATEO, CA 94401
(650) 348-2044 telephone
(650) 343-9646 facsimile
ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: RICARDO FACTORAN and       )  CASE NO.: 11-30917 DM
                                  )
        ELIZABETH FACTORAN        )  CHAPTER: 13
                                  )
            Debtor.               )  Date:  September 21, 2011
                                  )  Time:  1:35 PM
                                  )  Location:  235 Pine Street 22nd Floor
                                  )              San Francisco, CA  94014
                                  )              Honorable Dennis Montali
_____   )

<u>DECLARATION OF ATTORNEY IN OPPOSITI0N TO MOTION TO DISMISS</u>

I, GARY R. BRENNER, attorney of record for RICARDO FACTORAN and

ELIZABETH FACTORAN  hereby oppose the Trustee's Motion to Dismiss this case filed on

August 17, 2011 on the following grounds:

1. March 8, 2011 Case 11-30917 filed by Margaret Lowrie Esq

2. June 7, 2011  Trustee deficiencies provided to attorney

3. August 17, 2011 Trustee moves to dismiss case.

4. August 17, 2011 Trustee moves Court to Disgorge Margaret Lowrie Attorney fees.

5. August 22, 2011 Debtors authorize substitution of Gary Brenner for Margaret Lowrie

6. August 22, 2011 Substitution sent to Margaret Lowrie for her signature

7. September 6, 2011 Substitution signature received from Ms Lowrie and substitution filed


Debtors are current with payments to Trustee.  Time is now needed to analyze case and

respond to enumerated deficiencies.

September 6, 2011                    Respectfully Submitted,
                                    /s/  Gary R. Brenner
                                    GARY R. BRENNER, Attorney at Law

- 1 -