

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
Tel:  (650) 345 – 7801
Fax:  (650) 345 – 1514

Signed and Filed: October 05, 2011

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re                                                                )
                                                                         )
                                                                         )
RICARDO D. FACTORAN &                    )     Case No.: 11-30917 SFM 13
                                                                         )
ELIZABETH B. FACTORAN                    )
                                                                         )
                        Debtors.                        )
                                                                         )
                                                                         )
_____)

**ORDER RE TRUSTEE'S MOTION TO DISGORGE ATTORNEY'S FEES UNDER 11 U.S.C. §105(a)**

   DAVID BURCHARD, Chapter 13 Trustee, has filed a Motion to Disgorge Attorney's Fees Under 11 U.S.C. §105(a).

   The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

   After noticed hearing of said motion on September 21, 2011, the Court hereby grants the Trustee's Motion to Disgorge Attorney's Fees Under 11 U.S.C. §105(a).

   THEREFORE IT IS ORDERED that within 10 days of this Order, Attorney Margaret Lowrie shall refund $2,400.00 directly to debtors, or debtors' new counsel, Attorney Gary Brenner.

*** END OF ORDER ****

# COURT SERVICE LIST

Ricardo D. and Elizabeth B. Factoran
332 N. Parkview Ave.
Daly City, 94014

Margaret Lowrie
Law Offices of Margaret Lowrie
1011 Channing Way
Berkeley, CA 94710


PLEASE NOTICE ALL PARTIES IN INTEREST

In re:  
Ricardo D Factoran  
Elizabeth B. Factoran  
      Debtors

Case No. 11-30917-DM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0971-3     User: nwhite     Page 1 of 1     Date Rcvd: Oct 05, 2011  
                     Form ID: pdfeoc     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2011.
```
db/jdb       +Ricardo D Factoran,   Elizabeth B. Factoran,   332 N. Parkview Ave,   Daly City, CA 94014-3857
cr           +BAC Home Loans Servicing, LP f/k/a Countrywide Hom,   Routh Crabtree Olsen, PS,
               505 N. Tustin Ave.,   Suite 243,   Santa Ana, CA 92705-3735
cr           +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
11895881      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11691561     +Bac Home Loans Servici,   450 American St.,   Semi Valley, CA 93065-6285
11766142     +Bank of America f/k/a Countrywide Home Loans, Inc,   Foreclosure Department,
               7105 Corporate Dr., MS:PTX-B-35,   Plano, TX 75024-4100
11828317     +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11815244      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
12075673      Franchise Tax Board,   Bankruptcy Section MS A340,   PO Box 2952,   Sacramento, CA 95812 2952
11760372     +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907
12018258     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk VA 23541)
11920525     +Patelco Credit Union,   PO Box 8020,   Pleasanton, CA 94588-8601
11920152     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201-5229)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11715770      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2011 04:28:26
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
11917488      E-mail/PDF: BNCEmails@blinellc.com Oct 06 2011 05:28:24     CR Evergreen II, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
11952501      E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2011 04:32:53     Portfolio Investments I LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr*           CR Evergreen II, LLC,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
cr*           Portfolio Investments I LLC,   c/o Recovery Management Systems Corporat,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2011**            **Signature:** *Joseph Speetjens*